# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2009

137575(47)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GEORGE CHABIAA,
      Plaintiff-Appellant,

v

KAROULIN ALJORIS CHABIAA,
      Defendant-Appellee.

SC: 137575
COA: 279419
Macomb CC: 2006-001962-DO

_____/

      On order of the Court, the motion for damages and attorney fees for vexatious appeal is considered, and it is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2009

_____
Clerk

p0610